| AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|
| Agent: | Wayne E. Williams | Telephone: | (313) 550-7945 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
  v.
Ana Patricia LORENZO-AMBROSIO

Case No.

Case: 2:26−mj−30433
Assigned To : Unassigned
Assign. Date : 7/17/2026
Description: RE: ANA PATRICIA
LORENZO−AMBROSIO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 15, 2026 _____ in the county of _____ Livingston _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Wayne Williams, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 16, 2026 _____

_____
Judge's signature

City and state: _____ Detroit, MI _____

Hon. David R. Grand, U.S Magistrate Judge
Printed name and title

## <u>AFFIDAVIT</u>

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Ana Patricia LORENZO-AMBROSIO, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Ana Patricia LORENZO-AMBROSIO.

4. LORENZO-AMBROSIO is a forty-one-year-old female, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about May 13, 2013, LORENZO-AMBROSIO was arrested by U.S. Customs and Border Protection Officers at San Ysidro, California Port of Entry for false claim to U.S. Citizenship. LORENZO-AMBROSIO used a U.S. passport bearing the name "Paula Angelica WHEELER" to try and make entry into the United States through the port of entry. She was charged with INA 212a6Cii-False Claim to U.S. Citizenship. LORENZO-AMBROSIO was processed as an expedited removal.

6. On or about May 14, 2013, LORENZO-AMBROSIO was removed from the United States to Mexico through the San Ysidro Port of Entry.

7.  On or about July 15, 2026, LORENZO-AMBROSIO was arrested by Border Patrol Agents near Brighton, Michigan, after receiving a call for assistance identifying subjects on a vehicle stop. The vehicle was stopped by a Livingston County Sheriff Deputy for defective equipment. Responding agents determined that LORENZO-AMBROSIO did not have legal status to be in the United States. LORENZO-AMBROSIO was transported to Detroit Border Patrol Station and processed as a reinstatement of prior order of removal.

8.  Ana Patricia LORENZO-AMBROSIO'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that LORENZO-AMBROSIO is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that LORENZO-AMBROSIO legally entered the United States or had been issued any document or status that would allow her to enter or remain the United States.

9.  The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# xxx xxx 344) for Ana Patricia LORENZO-AMBROSIO and queries in Department of Homeland Security databases confirm no record exists of LORENZO-AMBROSIO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following her removal on May 14, 2013.

11. Based on the above information, I believe there is probable cause to conclude that Ana Patricia LORENZO-AMBROSIO, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

*Complainant's signature*

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

July 16, 2026