UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

ANA PATRICIA LORENZO-AMBROSIO,

Defendants.
______________________________ /

Case No. 26-20498

F. Kay Behm
United States District Judge

**ORDER FOR RELEASE AFTER SENTENCING**

During a hearing on September 22, 2026, Ana Patricia Lorenzo-Ambrosio was sentenced to a period of time served. Therefore, it is ORDERED that the Order of Detention is cancelled and the Defendant be immediately release from the custody of the United States Marshal Service.

**SO ORDERED**.

Date: September 22, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge